# Supreme Court of Kentucky

## 2019-SC-0563-DG

UPPER POND CREEK VOLUNTEER FIRE
DEPARTMENT, INC.
APPELLANT

ON REVIEW FROM COURT OF APPEALS
V.
NO. 2017-CA-1856
PIKE CIRCUIT COURT NO. 17-CI-00634

RONNIE KINSER AND AMANDA KINSER
APPELLEES

## **ORDER DENYING PETITION FOR REHEARING**

The Petition for Rehearing, filed by the Appellants, of the Opinion of the
Court, rendered November 12, 2020, is DENIED.

Minton, C.J.; Conley, Hughes, Keller, Lambert, and VanMeter, JJ.,
sitting. Nickell, J., not sitting. Minton, C.J.; Conley, Hughes, Keller, Lambert,
and VanMeter, JJ., concur.

ENTERED: February 18, 2021

_____
CHIEF JUSTICE